1  PATRICK S. SMITH (SBN 120220)
   BELTRAN BELTRAN SMITH OPPEL & MACKENZIE, L.L.P.
2  16133 Ventura Blvd., Suite 1145
   Encino, California 91436
3  Tel: (818) 981-1027
   Fax: (818) 981-3169
4
   Attorneys for Plaintiff
5  Kevin Highsmith

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| KEVIN HIGHSMITH, | Case No. 2:09-cv-39 PA (SHx) |
| Plaintiff, | ORDER DISMISSING COUNT THREE PURSUANT TO THE STIPULATION OF THE PARTIES |
| v. | |
| LIDIA MARQUEZ, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties (Docket No. 21) filed on September 11, 2009, the court hereby dismisses Count Three of the Complaint in the above entitled case.

DATED: September 16, 2009    _____
                              UNITED STATES DISTRICT JUDGE
                              PERCY ANDERSON

Submitted by:
BELTRAN BELTRAN SMITH
OPPEL & MACKENZIE, L.L.P.


By_____
  PATRICK S. SMITH
  Attorneys for Plaintiff

---

*[Proposed] Order on Dismissal of Count Three*
*Page 1*